IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REENA CHOPRA, | ) | No. C 09-5513 JSW (PR) |
| Petitioner, | ) ) | **ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS** |
| vs. | ) ) | |
| STATE OF CALIFORNIA, | ) ) | |
| Respondent. | ) ) | |

    This is a petition for a writ of habeas corpus brought pro se by a state parolee pursuant to 28 U.S.C. § 2254, filed on November 20, 2009. However, Petitioner filed an earlier petition under Case No. C 09-841 which is identical to this one. The Court has reopened that previously closed matter in an order filed today. As such, this matter is dismissed as duplicative. The Clerk shall close the file and enter judgment in this matter.

    IT IS SO ORDERED.

DATED: December 8, 2009

*Jeffrey S. White*
_____
JEFFREY S. WHITE
United States District Judge

|  |  |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

REENA CHOPRA,

        Plaintiff,

  v.

CALIFORNIA et al,

        Defendant.
_____/

Case Number: CV09-05513 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reena Chopra
644 Fulton Street
#2
Redwood City, CA 94061

Dated: December 8, 2009

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk